Exhibits To Complaint

Civil Cover Sheet Exhibits Supporting Complaint

Western District of Pennsylvania

Exhibits Supporting Case 15 USC 44 Documentary Evidence

**FILED**

For civil case: 2:21-cv-1113

Ruby Murray vs Capital One N.A

SEP 3 0 2021

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

1. Cease And Desist Communications Exhibit 1 (2pages)
2. Exhibits A-J supporting documents for Doc. 1(10 pages)

 SCANNED

Ruby Murray

09/30/2021