

# financial institution

(9) the term "financial institution" means a State or National bank, a State or Federal savings and loan association, a mutual savings bank, a State or Federal credit union, or any other person who, directly or indirectly, holds an account belonging to a consumer;

**Source**
15 USC § 1693a(9)
(/uscode/text/15/1693a#9)

**Scoping language**
As used in this subchapter

Is this correct? okay or

not okay





CAPITAL ONE, N.A.
P.O. BOX 85870
RICHMOND VA 23285 5870

July 22, 2021

RUBY M MURRAY
1311 LABELLE AVE
PITTSBURGH PA 15221

Case Reference Number: 021060916255149
CFPB File Number: 210608-6716866

Dear Ruby M. Murray,

We are writing in response to your submission to the Consumer Financial Protection Bureau, regarding your Capital One Auto Finance ("COAF") account ending in -8553. This matter was forwarded to Capital One for research and response.

Our records confirm we have previously responded to this matter on February 23, 2021. We have included a copy of that response for your records, along with an updated payment transaction history.

While we understand you would like COAF to modify the information we are reporting for this account, we have confirmed we accurately reported this account to the National Consumer Reporting Agencies ("NCRAs") as current 30 days past due for June 2021. Please note, it is COAF's policy to report the status of an account to the NCRAs as the account status reflects on the last day of the month.

We also confirmed we accurately reported the historical status of this account to the NCRAs as follows:

- 30 or more days past due for the months of November 2020, December 2020, and January 2021; and

- 60 or more days past due for the months of February 2021, March 2021, and April 2021.

Furthermore, COAF has responded accurately to the credit bureau dispute received to date associated with this account.

As we previously explained, we are accurately reporting your account to the credit reporting agencies, and we respectfully decline your request to change our accurate reporting of this account to the NCRAs, remove this tradeline from your credit bureau report, or for

Exhibit C

compensation.  Additionally, we also respectfully decline your request to cancel the account balance, or to provide a lien-free title.

Capital One Auto Finance is upholding our previous response.  As this issue has been previously addressed, we may not respond to any future requests regarding this matter.

Sincerely,

**Office of the President,**
**Capital One Auto Finance.**

Enclosures

cc:  Consumer Financial Protection Bureau

 **Auto Finance**



## Transaction History Report

Date: 2/22/2021
Time: 3:49:50PM

Account #: 620627648855531001   Borrower: RUBY M MURRAY   Transaction Type: ALL   Transaction Level: ALL   From: 08/22/2000   To: 02/22/2021

| Process Date | Seq | Interest | Principal | Misc1 | Balance | Effective Date | Tr.Code | Action/Field | Change Data | Misc3 N | Total | Int Adj | Desc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/09/2021 | 003 | | | | | 01/09/2021 | 29 | 900 | IEU  .00 NEXT DUE 12/30/20 | | | | |
| 01/09/2021 | 002 | 252.40 | 47.60 | .00 | 23,939.31 | 01/09/2021 | 30 | A | | | 300.00 | .00 | ACHP |
| 12/14/2020 | 003 | | | | | 12/14/2020 | 29 | 900 | IEU  .00 NEXT DUE 11/30/20 | | | | |
| 12/14/2020 | 002 | 637.38 | 262.62 | .00 | 23,986.91 | 12/14/2020 | 30 | A | | | 900.00 | .00 | DBTP |
| 10/10/2020 | 003 | | | | | 10/10/2020 | 29 | 900 | IEU  .00 NEXT DUE 10/30/20 | | | | |
| 10/10/2020 | 002 | 306.41 | 193.59 | .00 | 24,249.53 | 10/10/2020 | 30 | A | | | 500.00 | .00 | DBTP |
| 09/09/2020 | 003 | | | | | 09/09/2020 | 29 | 900 | IEU  .00 NEXT DUE 09/30/20 | | | | |
| 09/09/2020 | 002 | 397.82 | 152.18 | .00 | 24,443.12 | 09/09/2020 | 30 | A | | | 550.00 | .00 | DBTP |
| 08/11/2020 | 001 | .00 | 24,595.30 | | 24,595.30 | 07/31/2020 | 22 | | | | .00 | 109.40 | |



This is a Copy of the Customer Completed signed electronic form held by RouteOne LLC.

# ILAW 553-PA-e 12/19

## RETAIL INSTALLMENT SALE CONTRACT
## SIMPLE FINANCE CHARGE

| Buyer Name and Address (Including County and Zip Code) | Co-Buyer Name and Address (Including County and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| Ruby Morgan Brandy Murray<br>1311 Labelle Ave<br>Pittsburgh, PA 15221-1631 ALLEGHENY | N/A | Carvana LLC<br>1300 Brockwell Street<br>Bridgeville, PA 15017 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements in this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Mfg Gross Vehicular Weight | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| Used | 2017 | Honda CR-V | N/A | 2HKRW2H87HH618250 | Personal, family, or household unless otherwise indicated below<br>☐ business<br>☐ agricultural   ☐ N/A |

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $ 2,900.00 is |
|---|---|---|---|---|
| 14.80 % | $ 12,657.50 | $ 24,595.30 | $ 37,252.80 | $ 40,152.80 |

**Your Payment Schedule Will Be:**                                      (e) means an estimate

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 72 | $ 517.40 | Monthly beginning   08/30/2020 |
| N/A | $ N/A | N/A                    N/A |
| N/A | | |

**Late Charge.** If payment is not paid in full within 10 days after it is due, you will pay a late charge. If the vehicle is a heavy commercial motor vehicle, the charge will be 4% of the part of the payment that is late. Otherwise, the charge will be 2% of the part of the payment that is late.

**Prepayment.** If you pay early, you will not have to pay a penalty.

**Security Interest.** You are giving a security interest in the vehicle being purchased.

**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

**Returned Check Charge:** You agree to pay the costs we actually pay to others if any check you give us is dishonored.

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

### If you do not meet your contract obligations, you may lose the vehicle.

**Electronic Contracting and Signature Acknowledgment.** You agree that (i) this contract is an electronic contract executed by you using your electronic signature, (ii) your electronic signature signifies your intent to enter into this contract and that this contract be legally valid and enforceable in accordance with its terms to the same extent as if you had executed this contract using your written signature and (iii) the authoritative copy of this contract ("Authoritative Copy") shall be that electronic copy that resides in a document management system designated by us for the storage of authoritative copies of electronic records, which shall be deemed held by us in the ordinary course of business. Notwithstanding the foregoing, if the Authoritative Copy is converted by printing a paper copy which is marked by us as the original (the "Paper Contract"), then you acknowledge and agree that (1) your signing of this contract with your electronic signature also constitutes issuance and delivery of such Paper Contract, (2) your electronic signature associated with this contract, when affixed to the Paper Contract, constitutes your legally valid and binding signature on the Paper Contract and (3) subsequent to such conversion, your obligations will be evidenced by the Paper Contract alone.

True and Accurate Completed Copy · UCC Non-Authoritative Copy

*LAW 553-PA-e 12/19 v1*   Page 1 of 5



POSTMASTER: PLEASE POST IN A CONSPICUOUS PLACE. — JAMES A. FARLEY, Postmaster General

# UNDER EXECUTIVE ORDER OF THE PRESIDENT

issued April 5, 1933

## all persons are required to deliver

# ON OR BEFORE MAY 1, 1933

## all GOLD COIN, GOLD BULLION, AND GOLD CERTIFICATES now owned by them to a Federal Reserve Bank, branch or agency, or to any member bank of the Federal Reserve System.

## Executive Order

### FORBIDDING THE HOARDING OF GOLD COIN, GOLD BULLION AND GOLD CERTIFICATES.

By virtue of the authority vested in me by Section 5(b) of the Act of October 6, 1917, as amended by Section 2 of the Act of March 9, 1933, entitled "An Act to provide relief in the existing national emergency in banking, and for other purposes," in which amendatory Act Congress declared that a serious emergency exists, I, Franklin D. Roosevelt, President of the United States of America, do declare that said national emergency still continues to exist and pursuant to said section do hereby prohibit the hoarding of gold coin, gold bullion, and gold certificates within the continental United States by individuals, partnerships, associations and corporations and hereby prescribe the following regulations for carrying out the purposes of this order:

Section 1. For the purposes of this regulation, the term "hoarding" means the withdrawal and withholding of gold coin, gold bullion or gold certificates from the recognized and customary channels of trade. The term "person" means any individual, partnership, association or corporation.

Section 2. All persons are hereby required to deliver on or before May 1, 1933, to a Federal Reserve Bank or a branch or agency thereof or to any member bank of the Federal Reserve System all gold coin, gold bullion and gold certificates now owned by them or coming into their ownership on or before April 28, 1933, except the following:

(a) Such amount of gold as may be required for legitimate and customary use in industry, profession or art within a reasonable time, including gold prior to refining and stocks of gold in reasonable amounts for the usual trade requirements of owners mining and refining such gold.

(b) Gold coin and gold certificates in an amount not exceeding in the aggregate $100 belonging to any one person; and gold coins having a recognized special value to collectors of rare and unusual coins.

(c) Gold coin and bullion earmarked or held in trust for a recognized foreign Government or foreign central bank or the Bank for International Settlements.

(d) Gold coin and bullion licensed for other proper transactions (not involving hoarding) including gold coin and bullion imported for re-export or held pending action on applications for export licenses.

Section 3. Until otherwise ordered any person becoming the owner of any gold coin, gold bullion, or gold certificates after April 28, 1933, shall, within three days after receipt thereof, deliver the same in the manner prescribed in Section 2; unless such gold coin, gold bullion or gold certificates are held for any of the purposes specified in paragraphs (a), (b) or (c) of Section 2; or unless such gold coin or gold bullion is held for purposes specified in paragraph (d) of Section 2 and the person holding it is, with respect to such gold coin or bullion, a licensee or applicant for license pending action thereon.

Section 4. Upon receipt of gold coin, gold bullion or gold certificates delivered to it in accordance with Sections 2 or 3, the Federal Reserve Bank or member bank will pay therefor an equivalent amount of any other form of coin or currency coined or issued under the laws of the United States.

Section 5. Member banks shall deliver all gold coin, gold bullion and gold certificates owned or received by them (other than as exempted under the provisions of Section 2) to the Federal Reserve Banks of their respective districts and receive credit or payment therefor.

Section 6. The Secretary of the Treasury, out of the sum made available to the President by Section 501 of the Act of March 9, 1933, will in all proper cases pay the reasonable costs of transportation of gold coin, gold bullion or gold certificates delivered to a member bank or Federal Reserve Bank in accordance with Section 2, 3, or 5 hereof, including the cost of insurance, protection, and such other incidental costs as may be necessary, upon production of satisfactory evidence of such costs. Voucher forms for this purpose may be procured from Federal Reserve Banks.

Section 7. In cases where the delivery of gold coin, gold bullion or gold certificates by the owners thereof within the time set forth above will involve extraordinary hardship or difficulty, the Secretary of the Treasury may, in his discretion, extend the time within which such delivery must be made. Applications for such extensions must be made in writing under oath, addressed to the Secretary of the Treasury and filed with a Federal Reserve Bank. Each application must state the date to which the extension is desired, the amount and location of the gold coin, gold bullion and gold certificates in respect of which such application is made and the facts showing extension to be necessary to avoid extraordinary hardship or difficulty.

Section 8. The Secretary of the Treasury is hereby authorized and empowered to issue such further regulations as he may deem necessary to carry out the purposes of this order and to issue licenses thereunder, through such officers or agencies as he may designate, including licenses permitting the Federal Reserve Banks and member banks of the Federal Reserve System, in return for an equivalent amount of other coin, currency or credit, to deliver, earmark or hold in trust gold coin and bullion to or for persons showing the need for the same for any of the purposes specified in paragraphs (a), (c) and (d) of Section 2 of these regulations.

Section 9. Whoever willfully violates any provision of this Executive Order or of these regulations or of any rule, regulation or license issued thereunder may be fined not more than $10,000, or, if a natural person, may be imprisoned for not more than ten years, or both; and any officer, director, or agent of any corporation who knowingly participates in any such violation may be punished by a like fine, imprisonment, or both.

This order and these regulations may be modified or revoked at any time.

FRANKLIN D ROOSEVELT

THE WHITE HOUSE
April 5, 1933.

**For Further Information Consult Your Local Bank**

**GOLD CERTIFICATES may be identified by the words "GOLD CERTIFICATE" appearing thereon. The serial number and the Treasury seal on the face of a GOLD CERTIFICATE are printed in YELLOW. Be careful not to confuse GOLD CERTIFICATES with other issues which are redeemable in gold but which are not GOLD CERTIFICATES. Federal Reserve Notes and United States Notes are "redeemable in gold" but are not GOLD CERTIFICATES and are not required to be surrendered**

**Special attention is directed to the exceptions allowed under Section 2 of the Executive Order**

## CRIMINAL PENALTIES FOR VIOLATION OF EXECUTIVE ORDER $10,000 fine or 10 years imprisonment, or both, as provided in Section 9 of the order

Secretary of the Treasury.

U.S. Government Printing Office: 1933 2-16064





UNITED STATES OF AMERICA
BEFORE THE
BOARD OF GOVERNORS OF THE FEDERAL RESERVE SYSTEM
WASHINGTON, D.C.

| | |
|---|---|
| In the Matter of<br><br>**CAPITAL ONE FINANCIAL CORPORATION**<br>McLean, Virginia | Docket No. 20-014-B-HC<br><br>Cease and Desist Order Issued<br>Upon Consent Pursuant to the<br>Federal Deposit Insurance Act, as<br>amended |

WHEREAS, Capital One Financial Corporation, McLean, Virginia ("COF"), a registered

bank holding company, owns and controls Capital One N.A., McLean, Virginia, and Capital One

Bank N.A. (USA), Glen Allen, Virginia (together, the "Banks"), both national banks regulated

by the Office of the Comptroller of the Currency ("OCC"), and various nonbank subsidiaries

(collectively with the Banks, "Capital One");

WHEREAS, the Board of Governors of the Federal Reserve System (the "Board of

Governors") is the appropriate federal supervisor of COF;

WHEREAS, consistent with section 252.33(a)(2) of Regulation YY of the Board

of Governors (12 C.F.R. § 252.33(a)(2)), COF is required to adopt an enterprise-wide risk

management program designed to identify and manage risks across the consolidated

organization;

WHEREAS, the Federal Reserve Bank of Richmond (the "Reserve Bank") previously

identified deficiencies in COF's enterprise-wide risk management program;

     (v)      the Lending Agreement or any other agreement delivered or executed in connection with the Lending Agreement ceases, for any reason, to be in full force and effect, or any person so asserts or any security interest or lien created hereby ceases to be enforceable or have the same effect and priority purported to be created hereby;

     (vi)     the creation of an encumbrance upon Collateral, or placement of a levy, judicial seizure of, or an attachment upon Collateral;

     (vii)     whenever the Bank deems itself insecure with respect to the financial condition of the Borrower or the Borrower's ability to perform its Obligations.

**FRB Lending Documents** has the meaning set forth in Section 8 of this Operating Circular.

**Indebtedness** means the total of the Borrower's overdrafts (whether intraday or overnight) in its Account(s) and any penalties and charges thereon.

**Insolvency** means:

     (i)     the condition of insolvency;

     (ii)     that a proceeding relating to bankruptcy, insolvency, reorganization or relief of debtors, seeking to adjudicate an entity bankrupt or insolvent or seeking reorganization, adjustment, dissolution, liquidation or other relief with respect to the Borrower or the Borrower's debt is commenced;

     (iii)     that an assignment for the benefit of the Borrower's creditors occurs;

     (iv)     that a receiver, custodian, conservator, or the like is appointed for the Borrower or for any of its United States or foreign branches or agencies;

     (v)     that the Borrower has been closed by order of its supervisory authorities, or a public officer has been appointed to take over such entity;

     (vi)     that the Borrower ceases or refuses to make payments in the ordinary course of business, or admits in a record its inability to pay its debt as they become due;

     (vii)     the Borrower's business is suspended, or any party has presented or filed a petition for winding-up or liquidating the Borrower; or

     (viii)     any other circumstances that evince the Borrower's inability to pay its debts when due.



# Fedwire Funds Service Schedule

Each calendar day that is not a holiday observed by the Federal Reserve Banks is a funds-transfer business day. The funds-transfer business day for each of the Federal Reserve Banks begins at 9:00 p.m. ET on the preceding calendar day (including if that preceding calendar day is a holiday observed by the Federal Reserve Banks) and ends at 7:00 p.m. ET. For example, on a Sunday preceding a Monday funds-transfer business day, the Fedwire Funds Service will open at 9:00 p.m. ET on Sunday for the Monday funds-transfer business day.

As permitted under Operating Circular 6, the Federal Reserve Banks have set cutoff times for various types of messages, including payment orders.

Type Code, Type of Message and Message Description

| Type Code | Type of Message | Message Description |
|-----------|-----------------|---------------------|
| 10 | Customer message | A message in which the originator and/or beneficiary fields identify parties other than depository institutions *CONSUMER ↑ Natural Person* → *CAPITAL ONE N.A* |
| 15 | Special account message | A message that can be sent only to/from prescribed accounts maintained at the Federal Reserve Bank of New York (generally, accounts for foreign central banks and international organizations) |
| 16 | Bank message | A message in which the only parties to the funds transfer identified in the message are depository institutions |

As permitted under Operating Circular 6, the Federal Reserve Banks may extend a cutoff time or funds-transfer business day to facilitate special market needs.

# SCHEDULE FOR PROCESSING ONLINE MESSAGES

This table states the times at which the Fedwire Funds Service processes online messages.

| Messages | Times |
|----------|-------|
| **Fedwire Funds Service begins processing online nonvalue messages sent using the FedPayments Manager application through the FedLine Advantage® Solution** | 8:35 p.m. ET on the preceding calendar day |
| **Fedwire Funds Service begins processing (1) online payment orders and (2) online nonvalue messages sent through the FedLine Direct® Solution** | 9:00 p.m. ET on the preceding calendar day |